UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Carlton Biggers,

            Petitioner,

vs.                                        ORDER ADOPTING REPORT
                                            AND RECOMMENDATION

Dwight Fondren, Warden,
FCI-Sandstone,

            Respondent.                  Civ. No. 09-561 (JMR/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

That the Petition for a Writ of Habeas Corpus [Docket No. 1] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: March 12, 2010                                  s/James M. Rosenbaum
                                                      Judge James M. Rosenbaum
                                                      United States District Court